1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   MICHAEL STAMPER,                          CASE NO. 1:10-cv-00155-SKO PC

10              Plaintiff,                    ORDER DISMISSING ACTION, WITH
                                              PREJUDICE, FOR FAILURE TO STATE
11        v.                                  A CLAIM UPON WHICH RELIEF MAY
                                              BE GRANTED
12   M. BLACKWELL, et al.,
                                              (Doc. 9)
13              Defendants.
                                              ORDER COUNTING DISMISSAL AS A
14                                            STRIKE UNDER 28 U.S.C. § 1915(G)
15   _____/

16        Plaintiff Michael Stamper, a state prisoner proceeding pro se and in forma pauperis, filed this

17   civil rights action pursuant to 42 U.S.C. § 1983 on February 1, 2010.  On April 8, 2011, the Court

18   dismissed Plaintiff's complaint for failure to state any claims, and ordered Plaintiff to file an

19   amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  To date, Plaintiff

20   has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading

21   on file which sets forth any claims upon which relief may be granted.

22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted.  This dismissal SHALL count as a strike under 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

**Dated:**   **June 21, 2011**                            /s/ **Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE

2